IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br><br><br>vs.<br><br><br>EDWARD WELSH,<br><br>Defendant. | ORDER ADOPTING REPORT AND<br>RECOMMENDATION<br><br><br><br><br>Case No. 1:09-CV-64 DB |

Before the Court is the Report and Recommendation issued by United States Magistrate Judge Brooke Wells on July 27, 2009, recommending that Defendant Edward Welsh be ordered to provide the information required by the Summons to the IRS.  (Dkt. No. 6.)  The parties were notified of their right to file objections to the Report and Recommendation within ten (10) days after receiving it.  Neither party has filed such an objection.

Having reviewed all relevant materials, including the reasoning set forth in the Magistrate Judge's Report and Recommendation, the Court ADOPTS the Report and Recommendation.  Accordingly, the court makes the following findings and conclusions:

(1)  The Court finds that the United States has carried its burden to enforce the Summons and that Defendant Welsh has failed to show cause why he should not be compelled to comply with the Summons; and

(2) The Court orders Defendant Welsh to provide the information required by the Summons to the IRS no later than 60 days after the date of this Order.

It is so ordered.

Dated this 3rd day of September, 2009.

_____
Dee Benson
United States District Judge